



UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                              )   Case No. 05-26300-C-7
                                   )
JAMES C. GUINANE and               )
MARIANNE J. GUINANE,               )   DC No. BLB-1
                                   )
         Debtors.                  )
_____)

### FINDINGS OF FACT AND CONCLUSIONS OF LAW
### ON MOTION FOR RELIEF FROM AUTOMATIC STAY

These findings of fact and conclusions of law are rendered in this contested matter pursuant to Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014.

#### Jurisdiction

Jurisdiction is founded upon 28 U.S.C. § 1334.  This is a core proceeding.  28 U.S.C. § 157(b)(2)(G).

#### Findings of Fact

Debtors filed this voluntary chapter 7 petition on May 24, 2005.  They scheduled a 2005 Chrysler 300 Touring ("vehicle") as property of the estate.  The vehicle was not scheduled as exempt.

On September 12, 2005, Tri Counties Bank ("movant") filed



a motion, notice, and declaration requesting that this court vacate the automatic stay to permit movant to repossess the vehicle. Movant holds title to the vehicle and the debtors have defaulted under the terms of the lease agreement entered into on January 25, 2005.

The chapter 7 trustee filed a report finding that there was no property available for distribution from the estate over and above that exempted by debtor. The court notes that the debtor received a discharge from all dischargeable debts on September 9, 2005.

No opposition to the motion was filed. Upon review of the record, the court determined that the written record was adequate and that no oral argument is necessary.

## Conclusions of Law

The automatic stay of acts against the debtor <u>in personam</u> and of acts against property other than property of the estate will terminate when an individual in a case under chapter 7 is granted a discharge. 11 U.S.C. § 362(c)(2)(C).

Because the debtor was granted a discharge, the motion for relief from the automatic stay as to the debtors is moot. Thus, the motion will be denied.

The motion will be granted as to the trustee because the trustee filed a no asset report.

An appropriate order will issue.

Dated: September 28, 2005

_____
UNITED STATES BANKRUPTCY JUDGE

Case 05-26300    Filed 09/28/05    Doc 27

**CERTIFICATE OF SERVICE**

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

James Guinane
13044 Golden Trout Way
Penn Valley, CA 95946

Stanley Berman
202 N Pine Street
Nevada City, CA 95959

Frederick Lucksinger
P.O. Box 2460
Rocklin, CA 95677

Bruce Belton
P.O. Box 992570
Redding, CA 96099-2570

Office of the United States Trustee
United States Courthouse
501 "I" Street, Suite 7-500
Sacramento, CA  95814

Dated: 9-30-05

_M. Anderson_
Deputy Clerk